# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-MJ-360 |
| ) | |
| CODY E. SMITH ) | |
| *Defendant* ) | |

## ORDER OF TEMPORARY DETENTION AND
## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| PLACE:<br>U.S. District Court<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin<br><br>BEFORE:<br>Stephen C. Dries | Courtroom No.: Video Conference |
|---|---|
| | Date and Time: **September 8, 2020 at 10:00 AM** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 3, 2020

s/Stephen C. Dries
*Judge's signature*

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*